DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GULDAL GEROLD,**
Appellant,

v.

**JILL GLIST,**
Appellee.

No. 4D21-3474

[June 23, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Shullman, Judge; L.T. Case No. 502021SC005094.

Guldal Gerold, West Palm Beach, pro se.

Sacha A. Boegem of Tobin & Reyes, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***